| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jonathan Henry Erving <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6771 <br> EIN: __–_____ | |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   10/11/19 | |
| Case number: | 19–29357–MBK | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jonathan Henry Erving | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2684 Spruce Drive <br> Manchester Township, NJ 08759 | |
| 4. | **Debtor's attorney** <br> Name and address | William H. Oliver, Jr. <br> William H. Oliver, JR <br> 2240 State Highway 33 <br> Suite 112 <br> Neptune, NJ 07753 | Contact phone 732–988–1500 |
| 5. | **Bankruptcy trustee** <br> Name and address | Albert Russo <br> Standing Chapter 13 Trustee <br> CN 4853 <br> Trenton, NJ 08650–4853 | Contact phone (609) 587–6888 <br> www.russotrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br> Contact phone 609–858–9333 <br> Date: 10/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 7, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/6/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/20/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov  or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov . If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                Case No. 19-29357-MBK
   Jonathan Henry Erving                                              Chapter 13
           Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3            User: admin                 Page 1 of 2                   Date Rcvd: Oct 15, 2019
                                Form ID: 309I               Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2019.
db             +Jonathan Henry Erving,    2684 Spruce Drive,    Manchester Township, NJ 08759-4606
518508711      +AR Resources, Inc.,    Pob 1056,    Blue Bell, PA 19422-0287
518508710      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
518508707       Allied Digestive Health,    PO Box 11578,    Newark, NJ 07101-4578
518508708       American Anesthesiology of NJ PC,    PO Box 88087,    Chicago, IL 60680-1087
518508709       Anoop Porwal MD,    PO Box 1844,    Toms River, NJ 08754-1844
518508717       BCA Financial Services Inc.,    18001 Old Cutler Rd.,    Ste. 462,    Miami, FL 33157-6437
518508714      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518508715       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6404
518508716      +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518508719      +Cardiology Assoc. of Ocean County,    495 Jack Martin Blvd., Suite 2,    Brick, NJ 08724-7768
518508720      +Cardiology Center of NJ LLC,    32 Chelsea Dr.,    Livingston, NJ 07039-3420
518508722       Coastal Imaging LLC,    PO Box 6750,    Portsmouth, NH 03802-6750
518508723       Coastal Urology Associates, P.A.,    446 Jack Martin Blvd.,    Brick, NJ 08724-7733
518508724       Community Emerg Med Assoc, LLC,    PO Box 80237,    Philadelphia, PA 19101-1237
518508726       Comsti Deperio Pineda & Assoc LLC,    D/B/A Physicians for Adults,    681 Rte. 70,
                 Lakehurst, NJ 08733-2853
518508727       Costal Urology Associates PA,    446 Jack Martin Blvd,    Brick, NJ 08724-7733
518508728      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518508729      +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
518508730      +Davita,    15271 Laguna Canyon Rd.,    Irvine, CA 92618-3146
518508732       Dr. David S. Kleinman MD,    40 Bey Lea Drive,    Ste. 103B,    Toms River, NJ 08753-2900
518508733      +Dr. Shivendra Pandey MD,    2640 Hwy 70, Ste. 101B,    Manasquan, NJ 08736-2610
518508734       EKG Interpretation Group,    PO Box 512619,    Philadelphia, PA 19175-2619
518508735      +Franklin J. Frasco MD,    2051 Hwy 35,    Belmar, NJ 07719-3539
518508736      +Geico Indemnity Company,    One Geico Plaza,    Bethesda, MD 20810-0002
518508738      +Gem Recovery Systems,    P.O. Box 85,    Emerson, NJ 07630-0085
518508737      +Gem Recovery Systems,    1001 Mcbride Ave,    Little Falls, NJ 07424-2534
518508740      +Howard Leitner & Perlmutter Urologic Ass,    2401 Hwy 35,    Manasquan, NJ 08736-1193
518508741      +ID Associates PA,    105 Raider Blvd., Suite 101,    Hillsborough, NJ 08844-1528
518508742      +ID Care, PA,    105 Raider Blvd, Suite 101,    Hillsborough, NJ 08844-1528
518508744      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
518508743       Imaging Consultants of Essex,    PO Box 1733,    Frederick, MD 21702-0733
518508745      +Intensive At Toms River,    66 West Gilbert St.,    Red Bank, NJ 07701-4947
518508746       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
518508747      +Jersey Pulmonary Care, MDPA,    9 Hospital Drive,    Toms River, NJ 08755-6425
518508748       Livingston Pathology Associates,    520 E 22nd St,    Lombard, IL 60148-6110
518508749      +Manchester Twp. Dept. of Utilities,    1 Colonial Drive,    Manchester Township, NJ 08759-6598
518508750       Meridian Cardiovascular Interp,    PO Box 416787,    Boston, MA 02241-6787
518508751       Meridian Laboratory Phusicians PA (JSU),    PO Box 60280,    North Charleston, SC 29419-0280
518508752       Meridian Med Grp,    PO Box 416693,    Boston, MA 02241-6693
518508753      +Monmouth Ocean Hospital Service Corp,    4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
518508754      +Monoc,    4806 Megill Road,    Neptune, NJ 07753-6926
518508755      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518508758      +NJ E-Zpass,    PO Box 4971,    Trenton, NJ 08650-4971
518508756      +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,    PO Bo 52005,
                 Newark, NJ 07101-8205
518508757       New Jersey Urology,    CL#4480,    PO Box 95000,    Philadelphia, PA 19195-4480
518508760       Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518508761       Ocean Phusicians LLC,    601 Rte. 37 West, Ste. 104,    Toms River, NJ 08755-8050
518508762      +Ocean Renal Associates,    210 Jack Martin Blvd,    Ste. D-1,    Brick, NJ 08724-3063
518508765       PAM, LLC NJ Ez-Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
518508766      +Plover Inpatient Services LLC,    PO Box 38024,    Philadelphia, PA 19101-0706
518508767      +Professional Assoc. of Jackson,    2105 W county Line Rd,    STE 4,    Jackson, NJ 08527-2301
518508768      +Progressive Garden State Insurance Co.,    Payment Processing Center - 27,    PO Box 55126,
                 Boston, MA 02205-5126
518508769       Qualitas Pharmacy Services,    PO Box 28267,    New York, NY 10087-8267
518508770       RMP, LLC,    PO Box 630844,    Cincinnati, OH 45263-0844
518508774       SBMC Provider Services,    PO Box 21489,    New York, NY 10087-1489
518508772      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7   601 Penn St,
                 Reading, PA 19601-3544
518508773      +Santander Consumer USA,    Po Box 961211,    Fort Worth, TX 76161-0211
518508777       St Barnabas Emerg Med Ass, LLC,    PO Box 80244,    Philadelphia, PA 19101-1244
518508778       The Rothman Institute,    PO Box 757910,    Philadelphia, PA 19175-7910
518508780       University Radiology Group PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bkwoliver@aol.com Oct 16 2019 01:24:06     William H. Oliver, Jr.,
                 William H. Oliver, JR,    2240 State Highway 33,    Suite 112,    Neptune, NJ   07753
tr              E-mail/Text: bnc@russotrustee.com Oct 16 2019 01:27:06     Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ   08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
```

```
District/off: 0312-3            User: admin                 Page 2 of 2                  Date Rcvd: Oct 15, 2019
                                Form ID: 309I               Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
smg                +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59      United States Trustee,
                    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                    Newark, NJ 07102-5235
518508706          +EDI: CAPIO.COM Oct 16 2019 04:33:00      AC AssetCare,   2222 Texoma Pkwy, Ste. 180,
                    Sherman, TX 75090-2484
518508712          +E-mail/Text: billing@assa-nj.com Oct 16 2019 01:26:30      Atlantic Shore Surgical Assoc.,
                    478 Brick Blvd.,   Brick, NJ 08723-6077
518508713           EDI: BANKAMER.COM Oct 16 2019 04:33:00      Bank of America,   Attn: Bankruptcy,   Po Box 982238,
                    El Paso, TX 79998
518508721           EDI: CCS.COM Oct 16 2019 04:33:00      CCS,   Payment Processing Center,   PO Box 55126,
                    Boston, MA 02205-5126
518508725           E-mail/Text: ebn@rwjbh.org Oct 16 2019 01:26:32      Community Medical Center,   P.O. Box 903,
                    Oceanport, NJ 07757-0903
518508731          +E-mail/Text: e.salmons@doveroilcompany.com Oct 16 2019 01:26:05      Dover Oil Co.,
                    239 Dover Road,   Toms River, NJ 08757-5142
518508759          +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Oct 16 2019 01:26:44      Ocean Medical Center,
                    425 Jack Martin Blvd.,   Brick, NJ 08724-7732
518508763          +E-mail/Text: bankruptcy@onlineis.com Oct 16 2019 01:26:38      Online Collections,
                    Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518508764          +E-mail/Text: bankruptcy@onlineis.com Oct 16 2019 01:26:38      Online Collections,   Pob 1489,
                    Winterville, NC 28590-1489
518508771           E-mail/Text: ebn@rwjbh.org Oct 16 2019 01:26:32      Saint Barnabas Medical Center,
                    PO Box 29960,   New York, NY 10087-9960
518508775          +EDI: SWCR.COM Oct 16 2019 04:33:00      Southwest Credit Systems,   4120 International Parkway,
                    Suite 1100,   Carrollton, TX 75007-1958
518508776          +EDI: SWCR.COM Oct 16 2019 04:33:00      Southwest Credit Systems,   4120 International Parkway,
                    Carrollton, TX 75007-1958
518508779           E-mail/Text: bankruptcydepartment@tsico.com Oct 16 2019 01:26:49      Transworld Systems Inc.,
                    PO Box 15609,   Wilmington, DE 19850-5609
518508781          +EDI: VERIZONCOMB.COM Oct 16 2019 04:33:00      Verizon,   P.O. Box 4833,
                    Trenton, NJ 08650-4833
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518508718*         BCA Financial Services, Inc.,    18001 Old Cutler Rd, Ste 462,   Miami, FL 33157-6437
518508739*         Gem Recovery Systems,    PO Box 85,   Emerson, NJ 07630-0085
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```