Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−29357−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan Henry Erving
   2684 Spruce Drive
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−6771

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/3/19
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 29, 2019
JAN: rms

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-29357-MBK
Jonathan Henry Erving                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Oct 29, 2019
                           Form ID: 132              Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db         +Jonathan Henry Erving,    2684 Spruce Drive,   Manchester Township, NJ 08759-4606
518508711  +AR Resources, Inc.,    Pob 1056,   Blue Bell, PA 19422-0287
518508710  +AR Resources, Inc.,    Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
518508707   Allied Digestive Health,    PO Box 11578,   Newark, NJ 07101-4578
518508708   American Anesthesiology of NJ PC,    PO Box 88087,   Chicago, IL 60680-1087
518508709   Anoop Porwal MD,    PO Box 1844,   Toms River, NJ 08754-1844
518508713  ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,    Attn: Bankruptcy,   Po Box 982238,
            El Paso, TX 79998)
518508717   BCA Financial Services Inc.,    18001 Old Cutler Rd.,   Ste. 462,   Miami, FL 33157-6437
518508714  +Bank of America,    4909 Savarese Circle,   Tampa, FL 33634-2413
518508715   Barnabas Health Medical Group,    PO Box 826504,   Philadelphia, PA 19182-6404
518508716  +Barron Emergency Phusicians,    P.O. Box 7418,   Philadelphia, PA 19101-7418
518508719  +Cardiology Assoc. of Ocean County,    495 Jack Martin Blvd., Suite 2,   Brick, NJ 08724-7768
518508720  +Cardiology Center of NJ LLC,    32 Chelsea Dr.,   Livingston, NJ 07039-3420
518508722   Coastal Imaging LLC,    PO Box 6750,   Portsmouth, NH 03802-6750
518508723   Coastal Urology Associates, P.A.,    446 Jack Martin Blvd.,   Brick, NJ 08724-7733
518508724   Community Emerg Med Assoc, LLC,    PO Box 80237,   Philadelphia, PA 19101-1237
518508726   Comsti Deperio Pineda & Assoc LLC,    D/B/A Physicians for Adults,   681 Rte. 70,
            Lakehurst, NJ 08733-2853
518508727   Costal Urology Associates PA,    446 Jack Martin Blvd,   Brick, NJ 08724-7733
518508728  +Credit Acceptance,    25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
518508729  +Credit Acceptance,    Po Box 5070,   Southfield, MI 48086-5070
518508730  +Davita,    15271 Laguna Canyon Rd.,   Irvine, CA 92618-3146
518508732   Dr. David S. Kleinman MD,    40 Bey Lea Drive,   Ste. 103B,   Toms River, NJ 08753-2900
518508733  +Dr. Shivendra Pandey MD,    2640 Hwy 70, Ste. 101B,   Manasquan, NJ 08736-2610
518508734   EKG Interpretation Group,    PO Box 512619,   Philadelphia, PA 19175-2619
518508735  +Franklin J. Frasco MD,    2051 Hwy 35,   Belmar, NJ 07719-3539
518508736  +Geico Indemnity Company,    One Geico Plaza,   Bethesda, MD 20810-0002
518508737  +Gem Recovery Systems,    1001 Mcbride Ave,   Little Falls, NJ 07424-2534
518508738  +Gem Recovery Systems,    P.O. Box 85,   Emerson, NJ 07630-0085
518508740  +Howard Leitner & Perlmutter Urologic Ass,    2401 Hwy 35,   Manasquan, NJ 08736-1193
518508741  +ID Associates PA,    105 Raider Blvd., Suite 101,   Hillsborough, NJ 08844-1528
518508742  +ID Care, PA,    105 Raider Blvd, Suite 101,   Hillsborough, NJ 08844-1528
518508743   Imaging Consultants of Essex,    PO Box 1733,   Frederick, MD 21702-0733
518508744  +Imaging Consultants of Essex,    PO Box 3247,   Indianapolis, IN 46206-3247
518508745  +Intensive At Tome River,    66 West Gilbert St.,   Red Bank, NJ 07701-4947
518508746   JCP&L,    PO Box 3687,   Akron, OH 44309-3687
518508747  +Jersey Pulmonary Care, MDPA,    9 Hospital Drive,   Toms River, NJ 08755-6425
518508748   Livingston Pathology Associates,    520 E 22nd St,   Lombard, IL 60148-6110
518508749  +Manchester Twp. Dept. of Utilities,    1 Colonial Drive,   Manchester Township, NJ 08759-6598
518508750   Meridian Cardiovascular Interp,    PO Box 416787,   Boston, MA 02241-6787
518508751   Meridian Laboratory Phusicians PA (JSU),    PO Box 60280,   North Charleston, SC 29419-0280
518508752   Meridian Med Grp,    PO Box 416693,   Boston, MA 02241-6693
518508753  +Monmouth Ocean Hospital Service Corp,    4806 Megill Road,   Suite 3,   Neptune, NJ 07753-6926
518508754  +Monoc,    4806 Megill Road,   Neptune, NJ 07753-6926
518508755  +Myriad Emergency Phys LLC,    PO Box 80137,   Philadelphia, PA 19101-1137
518508758  +NJ E-Zpass,    PO Box 4971,   Trenton, NJ 08650-4971
518508756  +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,   PO Bo 52005,
            Newark, NJ 07101-8205
518508757   New Jersey Urology,    CL#4480,   Philadelphia, PA 19195-4480
518508760   Ocean Medical Center,    PO Box 650292,   Dallas, TX 75265-0292
518508761   Ocean Phusicians LLC,    601 Rte. 37 West, Ste. 104,   Toms River, NJ 08755-8050
518508762  +Ocean Renal Associates,    210 Jack Martin Blvd,   Ste. D-1,   Brick, NJ 08724-3063
518508765   PAM, LLC NJ Ez-Pass,    PO Box 1642,   Milwaukee, WI 53201-1642
518508766  +Plover Inpatient Services LLC,    PO Box 38024,   Philadelphia, PA 19101-0706
518508767  +Professional Assoc. of Jackson,    2105 W county Line Rd,   STE 4,   Jackson, NJ 08527-2301
518508768  +Progressive Garden State Insurance Co.,    Payment Processing Center - 27,   PO Box 55126,
            Boston, MA 02205-5126
518508769   Qualitas Pharmacy Services,    PO Box 28267,   New York, NY 10087-8267
518508770   RMP, LLC,    PO Box 630844,   Cincinnati, OH 45263-0844
518508774   SBMC Provider Services,    PO Box 21489,   New York, NY 10087-1489
518508772  +Santander Consumer USA,    Attn: Bankruptcy,   10-64-38-Fd7   601 Penn St,
            Reading, PA 19601-3544
518508773  +Santander Consumer USA,    Po Box 961211,   Fort Worth, TX 76161-0211
518508777   St Barnabas Emerg Med Ass, LLC,    PO Box 80244,   Philadelphia, PA 19101-1244
518508778   The Rothman Institute,    PO Box 757910,   Philadelphia, PA 19175-7910
518508780   University Radiology Group PC,    PO Box 1075,   East Brunswick, NJ 08816-1075

```
District/off: 0312-3         User: admin              Page 2 of 2           Date Rcvd: Oct 29, 2019
                            Form ID: 132              Total Noticed: 77
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:14    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518508706       +E-mail/Text: bnc-capio@quantum3group.com Oct 29 2019 23:56:08    AC AssetCare,
                 2222 Texoma Pkwy, Ste. 180,   Sherman, TX 75090-2484
518508712       +E-mail/Text: billing@assa-nj.com Oct 29 2019 23:56:35    Atlantic Shore Surgical Assoc.,
                 478 Brick Blvd.,   Brick, NJ 08723-6077
518508721        E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55    CCS,
                 Payment Processing Center,   PO Box 55126,   Boston, MA 02205-5126
518508725        E-mail/Text: ebn@rwjbh.org Oct 29 2019 23:56:36    Community Medical Center,   P.O. Box 903,
                 Oceanport, NJ 07757-0903
518508731       +E-mail/Text: e.salmons@doveroilcompany.com Oct 29 2019 23:56:16    Dover Oil Co.,
                 239 Dover Road,   Toms River, NJ 08757-5142
518508759       +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Oct 29 2019 23:56:47    Ocean Medical Center,
                 425 Jack Martin Blvd.,   Brick, NJ 08724-7732
518508763       +E-mail/Text: bankruptcy@onlineis.com Oct 29 2019 23:56:40    Online Collections,
                 Attn: Bankruptcy,   Po Box 1489,   Winterville, NC 28590-1489
518508764       +E-mail/Text: bankruptcy@onlineis.com Oct 29 2019 23:56:40    Online Collections,   Pob 1489,
                 Winterville, NC 28590-1489
518508767        E-mail/Text: ebn@rwjbh.org Oct 29 2019 23:56:36    Saint Barnabas Medical Center,
                 PO Box 29960,   New York, NY 10087-9960
518508775       +E-mail/Text: bankruptcy@sw-credit.com Oct 29 2019 23:56:15    Southwest Credit Systems,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
518508776       +E-mail/Text: bankruptcy@sw-credit.com Oct 29 2019 23:56:15    Southwest Credit Systems,
                 4120 International Parkway,   Carrollton, TX 75007-1958
518508779        E-mail/Text: bankruptcydepartment@tsico.com Oct 29 2019 23:56:48    Transworld Systems Inc.,
                 PO Box 15609,   Wilmington, DE 19850-5609
518508781       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 29 2019 23:54:38
                 Verizon,   P.O. Box 4833,   Trenton, NJ 08650-4833
                                                                                    TOTAL: 15

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518508718*      BCA Financial Services, Inc.,   18001 Old Cutler Rd, Ste 462,   Miami, FL 33157-6437
518508739*      Gem Recovery Systems,   PO Box 85,   Emerson, NJ 07630-0085
                                                                          TOTALS: 0,  * 2,  ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:

```
          Albert Russo   docs@russotrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Debtor Jonathan Henry Erving bkwoliver@aol.com,
          R59915@notify.bestcase.com
                                                                          TOTAL: 4
```