**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:     Jonathan Henry Erving

Debtor(s)

Case No.:  19-29357

Judge:     MBK

### Chapter 13 Plan and Motions

☒ Original            ☐ Modified/Notice Required        Date: 10/23/2019
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/WHO     Initial Debtor: /s/JHB     Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ __484.00__ per __month__ to the Chapter 13 Trustee, starting on __November 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,160.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America - 1st mtg | 2684 Spruce Street, Manchester Township, NJ 08759 | $25,000.00 | 0 | $25,000.00 | $864.00 |
| Manchester Township Dept. Of Utilities | 2684 Spruce Street, Manchester Township, NJ 08759 | $391.26 | 0 | $391.26 | |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims - William H. Oliver
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 10/23/2019 _____        /s/Jonathan Henry Erving _____
                                                 Debtor

Date: _____                 _____
                                                 Joint Debtor

Date: 10/23/2019 _____        /s/ William H. Oliver, Jr. _____
                                                 Attorney for Debtor(s)

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 19-29357-MBK
Jonathan Henry Erving                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2          Date Rcvd: Oct 29, 2019
                              Form ID: pdf901             Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db             +Jonathan Henry Erving,    2684 Spruce Drive,    Manchester Township, NJ 08759-4606
518508711      +AR Resources, Inc.,    Pob 1056,    Blue Bell, PA 19422-0287
518508710      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
518508707       Allied Digestive Health,    PO Box 11578,    Newark, NJ 07101-4578
518508708       American Anesthesiology of NJ PC,    PO Box 88087,    Chicago, IL 60680-1087
518508709       Anoop Porwal MD,    PO Box 1844,    Toms River, NJ 08754-1844
518508713     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518508717       BCA Financial Services Inc.,    18001 Old Cutler Rd.,    Ste. 462,    Miami, FL 33157-6437
518508714      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
518508715       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6404
518508716      +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518508719      +Cardiology Assoc. of Ocean County,    495 Jack Martin Blvd., Suite 2,    Brick, NJ 08724-7768
518508720      +Cardiology Center of NJ LLC,    32 Chelsea Dr.,    Livingston, NJ 07039-3420
518508722       Coastal Imaging LLC,    PO Box 6750,    Portsmouth, NH 03802-6750
518508723       Coastal Urology Associates, P.A.,    446 Jack Martin Blvd.,    Brick, NJ 08724-7733
518508724       Community Emerg Med Assoc, LLC,    PO Box 80237,    Philadelphia, PA 19101-1237
518508726       Comsti Deperio Pineda & Assoc LLC,    D/B/A Physicians for Adults,    681 Rte. 70,
                 Lakehurst, NJ 08733-2853
518508727       Costal Urology Associates PA,    446 Jack Martin Blvd,    Brick, NJ 08724-7733
518508728      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518508729      +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
518508730      +Davita,    15271 Laguna Canyon Rd.,    Irvine, CA 92618-3146
518508732       Dr. David S. Kleinman MD,    40 Bey Lea Drive,    Ste. 103B,    Toms River, NJ 08753-2900
518508733      +Dr. Shivendra Pandey MD,    2640 Hwy 70, Ste. 101B,    Manasquan, NJ 08736-2610
518508734       EKG Interpretation Group,    PO Box 512619,    Philadelphia, PA 19175-2619
518508735      +Franklin J. Frasco MD,    2051 Hwy 35,    Belmar, NJ 07719-3539
518508736      +Geico Indemnity Company,    One Geico Plaza,    Bethesda, MD 20810-0002
518508737      +Gem Recovery Systems,    1001 Mcbride Ave,    Little Falls, NJ 07424-2534
518508738      +Gem Recovery Systems,    P.O. Box 85,    Emerson, NJ 07630-0085
518508740      +Howard Leitner & Perlmutter Urologic Ass,    2401 Hwy 35,    Manasquan, NJ 08736-1193
518508741      +ID Associates PA,    105 Raider Blvd., Suite 101,    Hillsborough, NJ 08844-1528
518508742      +ID Care, PA,    105 Raider Blvd, Suite 101,    Hillsborough, NJ 08844-1528
518508743       Imaging Consultants of Essex,    PO Box 1733,    Frederick, MD 21702-0733
518508744      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
518508745      +Intensive At Toms River,    66 West Gilbert St.,    Red Bank, NJ 07701-4947
518508746       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
518508747      +Jersey Pulmonary Care, MDPA,    9 Hospital Drive,    Toms River, NJ 08755-6425
518508748       Livingston Pathology Associates,    520 E 22nd St,    Lombard, IL 60148-6110
518508749      +Manchester Twp. Dept. of Utilities,    1 Colonial Drive,    Manchester Township, NJ 08759-6598
518508750       Meridian Cardiovascular Interp,    PO Box 416787,    Boston, MA 02241-6787
518508751       Meridian Laboratory Phusicians PA (JSU),    PO Box 60280,    North Charleston, SC 29419-0280
518508752       Meridian Med Grp,    PO Box 416693,    Boston, MA 02241-6693
518508753      +Monmouth Ocean Hospital Service Corp,    4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
518508754      +Monoc,    4806 Megill Road,    Neptune, NJ 07753-6926
518508755      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518508758      +NJ E-Zpass,    PO Box 4971,    Trenton, NJ 08650-4971
518508756      +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,    PO Bo 52005,
                 Newark, NJ 07101-8205
518508757       New Jersey Urology,    CL#4480,    PO Box 95000,    Philadelphia, PA 19195-4480
518508760       Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518508761       Ocean Phusicians LLC,    601 Rte. 37 West, Ste. 104,    Toms River, NJ 08755-8050
518508762      +Ocean Renal Associates,    210 Jack Martin Blvd,    Ste. D-1,    Brick, NJ 08724-3063
518508765       PAM, LLC NJ Ez-Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
518508766      +Plover Inpatient Services LLC,    PO Box 38024,    Philadelphia, PA 19101-0706
518508767      +Professional Assoc. of Jackson,    2105 W county Line Rd,    STE 4,    Jackson, NJ 08527-2301
518508768      +Progressive Garden State Insurance Co.,    Payment Processing Center - 27,    PO Box 55126,
                 Boston, MA 02205-5126
518508769       Qualitas Pharmacy Services,    PO Box 28267,    New York, NY 10087-8267
518508770       RMP, LLC,    PO Box 630844,    Cincinnati, OH 45263-0844
518508774       SBMC Provider Services,    PO Box 21489,    New York, NY 10087-1489
518508772      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7   601 Penn St,
                 Reading, PA 19601-3544
518508773      +Santander Consumer USA,    Po Box  961211,    Fort Worth, TX 76161-0211
518508777       St Barnabas Emerg Med Ass, LLC,    PO Box 80244,    Philadelphia, PA 19101-1244
518508778       The Rothman Institute,    PO Box 757910,    Philadelphia, PA 19175-7910
518508780       University Radiology Group PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Oct 29, 2019
                                  Form ID: pdf901          Total Noticed: 77
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 29 2019 23:56:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 29 2019 23:56:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518508706       +E-mail/Text: bnc-capio@quantum3group.com Oct 29 2019 23:56:07      AC AssetCare,
                 2222 Texoma Pkwy, Ste. 180,    Sherman, TX 75090-2484
518508712       +E-mail/Text: billing@assa-nj.com Oct 29 2019 23:56:35      Atlantic Shore Surgical Assoc.,
                 478 Brick Blvd.,    Brick, NJ 08723-6077
518508721        E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 29 2019 23:56:55      CCS,
                 Payment Processing Center,    PO Box 55126,   Boston, MA 02205-5126
518508725        E-mail/Text: ebn@rwjbh.org Oct 29 2019 23:56:36      Community Medical Center,   P.O. Box 903,
                 Oceanport, NJ 07757-0903
518508731       +E-mail/Text: e.salmons@doveroilcompany.com Oct 29 2019 23:56:16      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
518508759       +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Oct 29 2019 23:56:47      Ocean Medical Center,
                 425 Jack Martin Blvd.,    Brick, NJ 08724-7732
518508763       +E-mail/Text: bankruptcy@onlineis.com Oct 29 2019 23:56:40      Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,   Winterville, NC 28590-1489
518508764       +E-mail/Text: bankruptcy@onlineis.com Oct 29 2019 23:56:40      Online Collections,   Pob 1489,
                 Winterville, NC 28590-1489
518508771        E-mail/Text: ebn@rwjbh.org Oct 29 2019 23:56:36      Saint Barnabas Medical Center,
                 PO Box 29960,    New York, NY 10087-9960
518508775       +E-mail/Text: bankruptcy@sw-credit.com Oct 29 2019 23:56:15      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
518508776       +E-mail/Text: bankruptcy@sw-credit.com Oct 29 2019 23:56:15      Southwest Credit Systems,
                 4120 International Parkway,    Carrollton, TX 75007-1958
518508779        E-mail/Text: bankruptcydepartment@tsico.com Oct 29 2019 23:56:48      Transworld Systems Inc.,
                 PO Box 15609,    Wilmington, DE 19850-5609
518508781       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 29 2019 23:54:37
                 Verizon,    P.O. Box 4833,   Trenton, NJ 08650-4833
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518508718*       BCA Financial Services, Inc.,    18001 Old Cutler Rd, Ste 462,   Miami, FL 33157-6437
518508739*       Gem Recovery Systems,    PO Box 85,   Emerson, NJ 07630-0085
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
             Albert   Russo    docs@russotrustee.com
             Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
             William H. Oliver, Jr.    on behalf of Debtor Jonathan Henry Erving bkwoliver@aol.com,
              R59915@notify.bestcase.com
                                                                                              TOTAL: 4
```