Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  19−29357−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan Henry Erving
   2684 Spruce Drive
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−6771

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/19/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2020
JAN: wir

                                                                           Jeanne Naughton
                                                                          Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                      Case No. 19-29357-MBK
Jonathan Henry Erving                                                       Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3              Date Rcvd: Feb 20, 2020
                               Form ID: 148                Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             +Jonathan Henry Erving,    2684 Spruce Drive,    Manchester Township, NJ 08759-4606
518508711      +AR Resources, Inc.,    Pob 1056,    Blue Bell, PA 19422-0287
518508710      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
518508707       Allied Digestive Health,    PO Box 11578,    Newark, NJ 07101-4578
518508708       American Anesthesiology of NJ PC,    PO Box 88087,    Chicago, IL 60680-1087
518508709       Anoop Porwal MD,    PO Box 1844,    Toms River, NJ 08754-1844
518508717       BCA Financial Services Inc.,    18001 Old Cutler Rd.,    Ste. 462,    Miami, FL 33157-6437
518508715       Barnabas Health Medical Group,    PO Box 826504,    Philadelphia, PA 19182-6404
518508716      +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518508722    ++++COASTAL IMAGING LLC,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court: Coastal Imaging LLC,      PO Box 6750,    Portsmouth, NH 03802-6750)
518508719      +Cardiology Assoc. of Ocean County,     495 Jack Martin Blvd., Suite 2,    Brick, NJ 08724-7768
518508720      +Cardiology Center of NJ LLC,    32 Chelsea Dr.,    Livingston, NJ 07039-3420
518544174      +Chrebet Associates, LLC,    3514 US Highway 9,    Howell, NJ 07731-3345
518508723       Coastal Urology Associates, P.A.,    446 Jack Martin Blvd.,    Brick, NJ 08724-7733
518508724       Community Emerg Med Assoc, LLC,    PO Box 80237,    Philadelphia, PA 19101-1237
518508726       Comsti Deperio Pineda & Assoc LLC,    D/B/A Physicians for Adults,     681 Rte. 70,
                Lakehurst, NJ 08733-2853
518508727       Costal Urology Associates PA,    446 Jack Martin Blvd,    Brick, NJ 08724-7733
518508728      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
518508729      +Credit Acceptance,    Po Box 5070,    Southfield, MI 48086-5070
518544177      +Darlene Phonex,    2684 Spruce Drive,    Manchester Township, NJ 08759-4606
518508730      +Davita,    15271 Laguna Canyon Rd.,    Irvine, CA 92618-3146
518508732       Dr. David S. Kleinman MD,    40 Bey Lea Drive,    Ste. 103B,    Toms River, NJ 08753-2900
518508733      +Dr. Shivendra Pandey MD,    2640 Hwy 70, Ste. 101B,    Manasquan, NJ 08736-2610
518508734       EKG Interpretation Group,    PO Box 512619,    Philadelphia, PA 19175-2619
518508735      +Franklin J. Frasco MD,    2051 Hwy 35,    Belmar, NJ 07719-3539
518508736      +Geico Indemnity Company,    One Geico Plaza,    Bethesda, MD 20810-0002
518508738      +Gem Recovery Systems,    P.O. Box 85,    Emerson, NJ 07630-0085
518508737      +Gem Recovery Systems,    1001 Mcbride Ave,    Little Falls, NJ 07424-2534
518508740      +Howard Leitner & Perlmutter Urologic Ass,     2401 Hwy 35,    Manasquan, NJ 08736-1193
518508741      +ID Associates PA,    105 Raider Blvd., Suite 101,    Hillsborough, NJ 08844-1528
518508742      +ID Care, PA,    105 Raider Blvd, Suite 101,    Hillsborough, NJ 08844-1528
518508744      +Imaging Consultants of Essex,    PO Box 3247,    Indianapolis, IN 46206-3247
518508743       Imaging Consultants of Essex,    PO Box 1733,    Frederick, MD 21702-0733
518508745      +Intensive At Toms River,    66 West Gilbert St.,    Red Bank, NJ 07701-4947
518508746       JCP&L,    PO Box 3687,    Akron, OH 44309-3687
518508747      +Jersey Pulmonary Care, MDPA,    9 Hospital Drive,    Toms River, NJ 08755-6425
518544175      +Jersey Shore Anesthesia Associates,    P.O. Box 307,    Neptune, NJ 07754-0307
518544176      +Jersey Shore University Medical Center,    P.O. Box 650292,    Dallas, TX 75265-0292
518508748       Livingston Pathology Associates,    520 E 22nd St,    Lombard, IL 60148-6110
518508749      +Manchester Twp. Dept. of Utilities,    1 Colonial Drive,    Manchester Township, NJ 08759-6598
518508750       Meridian Cardiovascular Interp,    PO Box 416787,    Boston, MA 02241-6787
518508751       Meridian Laboratory Phusicians PA (JSU),     PO Box 60280,    North Charleston, SC 29419-0280
518508752       Meridian Med Grp,    PO Box 416693,    Boston, MA 02241-6693
518508753      +Monmouth Ocean Hospital Service Corp,    4806 Megill Road,    Suite 3,    Neptune, NJ 07753-6926
518581523      +Monmouth Ocean Hospital Service Corp,    c/o GEM Recovery Systems,
                800 Kinderkamack Road, Ste 206N,    Oradell, NJ 07649-1554
518508754      +Monoc,    4806 Megill Road,    Neptune, NJ 07753-6926
518508755      +Myriad Emergency Phys LLC,    PO Box 80137,    Philadelphia, PA 19101-1137
518508758      +NJ E-Zpass,    PO Box 4971,    Trenton, NJ 08650-4971
518508756      +New Jersey Turnpike Authority,    NJ E-Z Pass Violations Processing Center,    PO Bo 52005,
                Newark, NJ 07101-8205
518508757       New Jersey Urology,    CL#4480,    PO Box 95000,    Philadelphia, PA 19195-4480
518508760       Ocean Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518508761       Ocean Phusicians LLC,    601 Rte. 37 West, Ste. 104,    Toms River, NJ 08755-8050
518508762      +Ocean Renal Associates,    210 Jack Martin Blvd.,    Ste. D-1,    Brick, NJ 08724-3063
518508765      +PAM, LLC NJ Ez-Pass,    PO Box 1642,    Milwaukee, WI 53201-1642
518614122       Pendrick Capital Partners II, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                IRVING, TX   75014-1419
518508766      +Plover Inpatient Services LLC,    PO Box 38024,    Philadelphia, PA 19101-0706
518508767      +Professional Assoc. of Jackson,    2105 W county Line Rd,    STE 4,    Jackson, NJ 08527-2301
518508768      +Progressive Garden State Insurance Co.,     Payment Processing Center - 27,    PO Box 55126,
                Boston, MA 02205-5126
518508769       Qualitas Pharmacy Services,    PO Box 28267,    New York, NY 10087-8267
518508770       RMP, LLC,    PO Box 630844,    Cincinnati, OH 45263-0844
518508774       SBMC Provider Services,    PO Box 21605,    New York, NY 10087-1489
518508772      +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                Reading, PA 19601-3544
518508773      +Santander Consumer USA,    Po Box  961211,    Fort Worth, TX 76161-0211
518508777       St Barnabas Emerg Med Ass, LLC,    PO Box 80244,    Philadelphia, PA 19101-1244
518544173      +State of New Jersey,    Division of Taxation,    P.O. Box 245,    Trenton, NJ 08602-0245
518508778       The Rothman Institute,    PO Box 757910,    Philadelphia, PA 19175-7910
518508780       University Radiology Group PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
```

```
District/off: 0312-3           User: admin              Page 2 of 3              Date Rcvd: Feb 20, 2020
                               Form ID: 148             Total Noticed: 89

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518508706       +EDI: CAPIO.COM Feb 21 2020 06:04:00      AC AssetCare,    2222 Texoma Pkwy, Ste. 180,
                 Sherman, TX 75090-2484
518508712       +E-mail/Text: billing@assa-nj.com Feb 21 2020 01:48:46      Atlantic Shore Surgical Assoc.,
                 478 Brick Blvd.,    Brick, NJ 08723-6077
518508713        EDI: BANKAMER.COM Feb 21 2020 06:03:00      Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
518508714       +EDI: BANKAMER.COM Feb 21 2020 06:03:00      Bank of America,    4909 Savarese Circle,
                 Tampa, FL 33634-2413
518605559        EDI: BANKAMER.COM Feb 21 2020 06:03:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
518508721        EDI: CCS.COM Feb 21 2020 06:03:00      CCS,   Payment Processing Center,    PO Box 55126,
                 Boston, MA 02205-5126
518508725        E-mail/Text: ebn@rwjbh.org Feb 21 2020 01:48:51      Community Medical Center,    P.O. Box 903,
                 Oceanport, NJ 07757-0903
518508731       +E-mail/Text: e.salmons@doveroilcompany.com Feb 21 2020 01:48:23      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
518544172        EDI: IRS.COM Feb 21 2020 06:03:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518623618        EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518623618        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:33      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518508759       +E-mail/Text: OMCbankruptcy@hackensackmeridian.org Feb 21 2020 01:49:02      Ocean Medical Center,
                 425 Jack Martin Blvd.,    Brick, NJ 08724-7732
518508763       +E-mail/Text: bankruptcy@onlineis.com Feb 21 2020 01:48:57      Online Collections,
                 Attn: Bankruptcy,    Po Box 1489,    Winterville, NC 28590-1489
518508764       +E-mail/Text: bankruptcy@onlineis.com Feb 21 2020 01:48:57      Online Collections,    Pob 1489,
                 Winterville, NC 28590-1489
518601945        EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518508771        E-mail/Text: ebn@rwjbh.org Feb 21 2020 01:48:51      Saint Barnabas Medical Center,
                 PO Box 29960,    New York, NY 10087-9960
518508775       +EDI: SWCR.COM Feb 21 2020 06:03:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
518508776       +EDI: SWCR.COM Feb 21 2020 06:03:00      Southwest Credit Systems,    4120 International Parkway,
                 Carrollton, TX 75007-1958
518508779        E-mail/Text: bankruptcydepartment@tsico.com Feb 21 2020 01:49:04      Transworld Systems Inc.,
                 PO Box 15609,    Wilmington, DE 19850-5609
518618724       +EDI: AIS.COM Feb 21 2020 06:03:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518508781       +EDI: VERIZONCOMB.COM Feb 21 2020 06:03:00      Verizon,    P.O. Box 4833,
                 Trenton, NJ 08650-4833
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518508718*       BCA Financial Services, Inc.,    18001 Old Cutler Rd, Ste 462,    Miami, FL 33157-6437
518508739*       Gem Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Feb 20, 2020
                              Form ID: 148             Total Noticed: 89
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Jonathan Henry Erving courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 5
```